### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**     **4:04CR000169-17-BRW**

**LEODIS COCHRAN**

### ORDER

Mr. Cochran's unopposed Motion for Early Termination of Supervised Release (Doc. No. 847) is GRANTED, and his supervised release is hereby terminated.

IT IS SO ORDERED this 17th day of May, 2011.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE